1  Tanya Moore, Esq. SBN 206683                                (SPACE BELOW FOR FILING STAMP ONLY)
   Moore Law Firm, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone:   (408) 298-2000
   Facsimile:    (408) 298-6046
4
   Attorneys for Plaintiff Ronald Moore
5

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

11 | Ronald Moore,              | Case No.  1:09-CV-02188-AWI-SKO |
   |         Plaintiff,         | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER THEREON** |
   | v.                         | |
   | Oday et al.,               | |
   |         Defendants.        | |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff Ronald Moore and Defendants Jack Oday, Marianne Oday dba Fat Jack's, Steven S. Stoffel Living Trust, by and through their respective counsel, that the October 19, 2010 Mandatory Scheduling Conference may be continued to any date at the court's convenience after November 10, 2010 to afford the parties time to negotiate a settlement of this matter.

Dated: October 14, 2010                         DOWLING, AARON & KEEFER, INC.

                                                By:   /s/ Keith M. White
                                                      Keith M. White
                                                      Attorneys for Defendants
                                                      Steven S. Stoffel Living Trust

Dated: October 14, 2010                         MOORE LAW FIRM, P.C.

                                                By:   /s/ Tanya Levinson Moore
                                                      Tanya Levinson Moore
                                                      Attorneys for Plaintiff
                                                      RONALD MOORE

Dated: October 14, 2010                         Mark D. Johnson Law Office

                                                By:   /s/ Mark D. Johnson
                                                      Mark D. Johnson
                                                      Attorneys for Defendants
                                                      Jack Oday, Marianne Oday dba Fat Jack's

**ORDER**

IT IS HEREBY ORDERED that the October 19, 2010 Mandatory Scheduling Conference is continued to November 16, 2010 at 9:30 a.m. in Courtroom 8 of the U.S. District Court, Eastern District of California, Fresno.

IT IS SO ORDERED.

Dated:   **October 14, 2010**                             **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE