1  Donald R. Fischbach  # 053522
   Keith M. White # 188536
2  **DOWLING, AARON & KEELER, INC.**
   8080 North Palm Avenue, Third Floor
3  Fresno, California 93711
   Tel: (559) 432-4500
4  Fax: (559) 432-4590

5  Attorneys for Defendant, STEVEN S. STOFFEL LIVING TRUST

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN MOORE,<br><br>               Plaintiff,<br><br>v.<br><br>JACK ODAY, MARIANNE ODAY dba FAT JACK'S, STEVEN S. STOFFEL LIVING TRUST, inclusive,<br><br>               Defendants. | Case No. 1:09-CV-2188 AWI-SKO<br><br>STIPULATION AND ORDER<br><br>Complaint Filed:  December 16, 2009 |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through the undersigned, that the Settlement Conference scheduled for February 1, 2011 be continued to February 8, 2011 at 10:30 a.m. in order for the parties to make further attempts to resolve this matter.

The parties wish to avoid the expense of preparing for and appearing at the mandatory settlement conference and believe a one-week continuance will facilitate settlement.

Dated: January 14, 2011                              MOORE LAW FIRM, P.C.


                                                  /s/Tanya Levinson Moore
                                                  Tanya Levinson Moore, Esq.
                                                  Attorneys for Plaintiff
                                                  Ronald Moore



**STIPULATION AND ORDER**

| | |
|---|---|
| Dated: January 14, 2011 | LAW OFFICES OF MARK D. JOHNSON |
| | /s/Mark D. Johnson |
| | Mark D. Johnson, Esq. |
| | Attorneys for Defendant Fat Jack's |
| Dated: January 14, 2011 | DOWLING, AARON & KEELER, INC. |
| | /s/Keith M. White |
| | Keith M. White, Esq. |
| | Attorneys for Defendant |
| | Stoffel Living Trust |

IT IS SO ORDERED.

Dated:   **January 14, 2011**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE



2
**STIPULATION AND ORDER**