1  Tanya E. Moore, Esq., SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
5  Attorneys for Plaintiff
   RONALD DEAN MOORE
6
7
8                  UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 RONALD DEAN MOORE,              )   No.  1:09-CV-2188-AWI-DLB
                                   )
12         Plaintiff,              )   **STIPULATION FOR DISMISSAL OF**
                                   )   **ACTION; ORDER**
13     vs.                         )
                                   )
14 JACK ODAY, MARIANNE ODAY dba FAT)
   JACK'S, STEVEN S. STOFFEL LIVING)
15 TRUST,                          )
                                   )
16         Defendants.             )
                                   )
17 _____ )
18       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Dean Moore and
19 Defendants Jack Oday, Marianne Oday, and Steven S. Stoffel Living Trust, the parties to this
20 action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),
21 the above-captioned action be dismissed with prejudice in its entirety.
22
23 Date: February 8, 2011                     MOORE LAW FIRM, P.C.
24
25
26                                            /s/Tanya E. Moore_____
                                             Tanya E. Moore
27                                           Attorney for Plaintiff
28 ///

*Moore v. Oday, et al.*
Stipulation for Dismissal
                          Page 1

/s/ Mark D. Johnson
Mark D. Johnson, Attorney for Defendants
Jack Oday and Marianne Oday, dba Fat Jack's

DOWLING, AARON & KEELER, INC.



/s/ Keith M. White
Keith M. White, Attorneys for Defendant
Steve S. Stoffel Living Trust

**ORDER**


The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice <u>in its entirety</u>.


IT IS SO ORDERED.

Dated:   February 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Oday, et al.*
Stipulation for Dismissal